### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

#### Holding a Criminal Term

#### Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 24-MJ-181 (GMH) |
| | : | |
| THOMAS JOSEPH KELLY, JR., | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Dangerous |
| | : | Weapon and Inflicting Bodily Injury) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Dangerous |
| | : | Weapon) |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

## <u>I N D I C T M E N T</u>

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, at approximately 4:33 p.m., within the District of Columbia, **THOMAS JOSEPH KELLY, JR.,** using a deadly and dangerous weapon, that is, a long pole, did forcibly assault, resist, oppose, impede, intimidate, interfere with, and inflict bodily injury on an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person or persons assisting such an officer and employee, that is, Officer C.M., an officer of the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury,** in violation of 18 U.S.C. §§ 111(a)(1) and (b))

## COUNT TWO

On or about January 6, 2021, at approximately 4:33 p.m., within the District of Columbia, **THOMAS JOSEPH KELLY, JR.,** using a deadly and dangerous weapon, that is, a long pole, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer S.S., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon** in violation of 18 U.S.C. §§ 111(a)(1) and (b))

## COUNT THREE

On or about January 6, 2021, at approximately 1:40 p.m., within the District of Columbia,

**THOMAS JOSEPH KELLY, JR.,** using a deadly and dangerous weapon, that is, a large metal-edged sign, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer J.C., an officer from the Metropolitan Police Department, and other officers from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victims and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of 18 U.S.C. §§ 111(a)(1) and (b))

## COUNT FOUR

On or about January 6, 2021, at approximately 1:40 p.m., within the District of Columbia,

**THOMAS JOSEPH KELLY, JR.,** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of 18 U.S.C. § 111(a)(1))

## COUNT FIVE

On or about January 6, 2021, at approximately 2:29 p.m., within the District of Columbia, **THOMAS JOSEPH KELLY, JR.,** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer B.S., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers,** in violation of 18 U.S.C. § 111(a)(1))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **THOMAS JOSEPH KELLY, JR.,** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder,** in violation of 18 U.S.C. § 231(a)(3))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **THOMAS JOSEPH KELLY, JR.**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a long pole.

    (**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A))

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **THOMAS JOSEPH KELLY, JR.**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a long pole.

    (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A))

## COUNT NINE

On or about January 6, 2021, in the District of Columbia, **THOMAS JOSEPH KELLY, JR.,** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a long pole.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A))

## COUNT TEN

On or about January 6, 2021, in the District of Columbia, **THOMAS JOSEPH KELLY, JR.,** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of 40 U.S.C. § 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.