UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS JOSEPH KELLY, JR.,<br><br>Defendant. | Case No. 25-CR-3 (CJN) |

**MOTION TO DISMISS INDICTMENT WITH PREJUDICE
PURSUANT TO FED. R. CRIM. P. 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Fed. R. Crim. P. 48(a), the government hereby moves to dismiss with prejudice the indictment currently pending against the defendant. The government cites to the Executive Order dated January 20, 2025, Granting Pardons And Commutation Of Sentences For Certain Offenses Relating To The Events At Or Near The United States Capitol On January 6, 2021, as the reason for this motion for dismissal.

Respectfully submitted,

Edward R. Martin, Jr.
United States Attorney
D.C. Bar No. 481866

*/s/ Sean P. Murphy*

Sean P. Murphy
Assistant United States Attorney
N.Y. Bar Reg. No. 5321617
Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656